# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

In re:                                                  Case No.: 25-00051-FMD
                                                        Chapter 11
700 TRUST,

       Debtor.
_____/

## SUGGESTION OF BANKRUPTCY

Debtor, 700 TRUST, by and through the undersigned attorney, hereby files this *Suggestion of Bankruptcy* suggesting to the Court that all further proceedings in the above-captioned case be stayed, and respectfully states:

1. On **February 26, 2025** (the "Petition Date"), Gregory Brian Myers ("Mr. Myers") filed a voluntary petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Columbia (Washington, D.C.), said petition being docketed as Bankruptcy Petition #: 25-00069-ELG (the "Myers Bankruptcy Petition" or "Myers Bankruptcy Case"). The Myers Bankruptcy Petition constitutes an order for relief pursuant to the provisions of the Bankruptcy Code and the Myers Bankruptcy Case has not been dismissed.

2. The above-captioned case was filed prior to the Myers Bankruptcy Case, and the undersigned attorney is advised that certain of the property and claims upon which the above-captioned case is premised (or judgment if obtained) will be duly scheduled in the Myers Bankruptcy Case.

3. Pursuant to 11 U.S.C. § 362, the filing of the Myers Bankruptcy Petition acts as an automatic stay as follows:

    (a) Except as provided in subsection (b) of this section, a petition filed under section 301, 302, or 303 of this title operates as a stay, applicable to all entities, of

(1) the commencement or continuation, including the issuance of employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

(2) the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

(3) any act to obtain possession of property of the estate or of property from the estate;

(4) any act to create, perfect, or enforce any lien against property of the estate;

(5) any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title;

(6) any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title;

(7) the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor; and

(8) the commencement or continuation of a proceeding before the United States Tax Court concerning the debtor.

**WHEREFORE**, it is respectfully suggested that this Court, in accordance with the provisions of the Bankruptcy Code, enter an order staying all further proceedings in the above-captioned case (i.e., Doc 115; Doc 116; Doc 117; Doc 118; and Doc 119)[1] until such time as the automatic stay imposed by 11 U.S.C. § 362 in the Myers Bankruptcy Case is dissolved.

---

[1] On Monday, March 3, 2025, at 06:01 PM EST, Mr. Myers sent an email to Drew M. Dillworth and Julia Anne Osmolia, advising Mr. Dillworth and Ms. Osmolia that on February 26, 2025 (the "Petition Date"), Mr. Myers filed a petition under Chapter 13 of the Bankruptcy Code and that pursuant to 11 U.S.C. § 362, Mr. Dillworth and Ms. Osmolia must immediately withdraw all pending motions seeking relief *against* Mr. Myers, and cancel the hearing in this case currently scheduled for March 5, 2025. A copy of the March 3, 2025, email is attached hereto as **Exhibit A**.

Dated: March 4, 2025

> Respectfully submitted,
> Gort Law, P.A.
>
> By: */s/Michael A. Gort*
> Michael Gort
> Florida Bar No. 73809
> 601 Heritage Drive, Suite 457
> Jupiter, FL 33458
> 561-900-0478 Office
> 561-900-3213 Text and Fax
> E-Service: mike@gortlaw.com
> Attorney for the Debtor 700 TRUST

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Middle District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(a) and that a true and correct copy of the above-referenced documents was served CM/ECF upon the parties listed on the attached service list on March 4, 2025.

Drew M Dillworth on behalf of Interested Party NBC Club Owner, LLC
ddillworth@stearnsweaver.com, ddillworth@stearnsweaver.com; fsanchez@stearnsweaver.com; jless@stearnsweaver.com;mfernandez@stearnsweaver.com

Drew M Dillworth on behalf of Interested Party Naples Beach Club Land Trust Trustee, LLC, as Trustee
ddillworth@stearnsweaver.com, ddillworth@stearnsweaver.com; fsanchez@stearnsweaver.com; jless@stearnsweaver.com; mfernandez@stearnsweaver.com

Drew M Dillworth on behalf of Interested Party Naples Beach Club Phase II and III Land Trust Trustee, LLC, as Trustee
ddillworth@stearnsweaver.com, ddillworth@stearnsweaver.com; fsanchez@stearnsweaver.com; jless@stearnsweaver.com;mfernandez@stearnsweaver.com

Drew M Dillworth on behalf of Interested Party Naples Property Holding Company, LLC
ddillworth@stearnsweaver.com, ddillworth@stearnsweaver.com; fsanchez@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

Drew M Dillworth on behalf of Interested Party Tides Note on Note Lender I, LLC
ddillworth@stearnsweaver.com, ddillworth@stearnsweaver.com; fsanchez@stearnsweaver.com;jless@stearnsweaver.com;mfernandez@stearnsweaver.com

Michael A Gort on behalf of Debtor 700 Trust
mike@gortlaw.com, 1935@notices.nextchapterbk.com

Benjamin E. Lambers on behalf of U.S. Trustee United States Trustee - FTM, 11
Ben.E.Lambers@usdoj.gov

United States Trustee - FTM, 11
USTPRegion21.TP.ECF@USDOJ.GOV

                          Respectfully submitted,
                          Gort Law, P.A.

                          By: */s/Michael A. Gort*
                          Michael Gort
                          Florida Bar No. 73809
                          601 Heritage Drive, Suite 457
                          Jupiter, FL 33458
                          561-900-0478 Office
                          561-900-3213 Text and Fax
                          E-Service: mike@gortlaw.com

Attorney for the Debtor

# Exhibit A

Case No.: 25-00051-FMD

| | |
|---|---|
| From: | gregbmyers@verizon.net (gregbmyers@verizon.net) |
| To: | ddillworth@stearnsweaver.com; jaosmolia@stearnsweaver.com |
| Cc: | gregbmyers@verizon.net |
| Date: | Monday, March 3, 2025 at 06:01 PM EST |

Mr. Dillworth and Ms. Osmolia:

Be advised that on February 26, 2025 (the "Petition Date"), I, Gregory Brian Myers, filed a petition under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Columbia (Washington, D.C.), identified as Bankruptcy Petition #: 25-00069-ELG (the "Bankruptcy Petition"). Said Bankruptcy Petition constitutes an order for relief pursuant to the provisions of the Bankruptcy Code and said Petition has not been dismissed.

Accordingly, you must immediately withdraw all pending motions which you have filed in Case No.: 25-00051-FMD in the United States Bankruptcy Court for the Middle District of Florida, and cancel the hearing currently scheduled for March 5, 2025. If you don't, I will file a motion seeking to hold you and your clients in contempt for your willful violation of the automatic stay under 11 U.S.C. § 362.

Please govern yourself accordingly.

/s/ Gregory B. Myers
Gregory B. Myers