**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
**WWW.FLMB.USCOURTS.GOV**

*In re*:                                                      Chapter 11

**700 TRUST**,                                      Case No. 25-00051-FMD

Debtor.
_____/

**INTERESTED PARTIES' APPLICATION FOR FEES**
**PURSUANT TO ORDER GRANTING SANCTIONS**

 Interested parties NAPLES PROPERTY HOLDING COMPANY, LLC, NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC, as Trustee, NAPLES BEACH CLUB PHASE II and III LAND TRUST TRUSTEE, LLC, as Trustee, and NBC CLUB OWNER, LLC, Tides Note on Note Lender I, LLC (the "Movants") move the Court (the "Motion") for the entry of an Order awarding Movants their attorneys' fees and costs, to be paid jointly and severally by 700 Trust ("Debtor"), Mr. Myers, Ms. Kelly, and their Counsel, Mr. Michael Gort ("Debtor's Counsel").

1. On May 12, 2023 the Court entered its *Order Granting Interested Parties' Motion for Sanctions Against Gregory Myers, Barbara Kelly, and Debtor's Counsel Under 11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure 9011 and Denying Motion to Strike* [ECF No. 140] awarding attorneys' fees and costs as a sanction, jointly and severally, against the 700 Trust, Mr. Myers, Ms. Kelly, and Debtor's Counsel, and in favor of Movants.

2. The Court reserved jurisdiction to liquidate the sanction upon the filing of an application by Movants setting forth the amounts requested.

3. As the Court is aware, Mr. Myers and Ms. Kelly have abused the bankruptcy courts, as well as various state and federal trial and appellate courts, for the better part of a decade. This has resulted in the filing of 40+ actions, appeals, and cases against Movants.

1

4. Given the complex and far-ranging nature of the vexatious usage of the state, federal, and bankruptcy courts, Stearns Weaver Miller assembled a diverse litigation team to expeditiously combat the vexatious tactics in all forums.

5. However, Stearns Weaver Miller limited the team to contain attorneys' fees and costs in the bankruptcy forum that is the subject of this Motion and has redacted all attorneys' fees and costs not related to the Debtor's bankruptcy.

6. Movants incurred the following attorneys' fees and costs in resolving the instant bad-faith bankruptcy:

| | |
|---|---|
| **Attorneys' Fees:** | $49,944.23 |
| **Costs:** | $1,455.23 |
| **Total:** | $51,399.46 |

7. For the Court's convenience, Movants will reduce the overall request for attorneys' fees and costs to **$30,000**.

8. The invoices supporting the requested amounts are attached as **Exhibit 1**.

9. This court is "an expert on the question [of attorney's fees] and may consider its own knowledge and experience concerning reasonable and proper fees and may form an independent judgment either with or without the aid of witnesses as to value." *See Norman v. Housing Auth. of Montgomery,* 836 F.2d 1292, 1303 (11th Cir. 1988).

10. Accordingly, the Court should find the rates charged and time utilized to be reasonable based on the factors and posture of this case.

**WHEREFORE**, Movants respectfully request that this Court enter an Order: (i) liquidating the monetary sanctions against Mr. Myers, Ms. Kelly, and counsel for the Debtor jointly and severally in the amount of **$30,000**; and (ii) granting such other and further relief as is deemed just and proper under the circumstances presented.

Dated: June 12, 2025

Respectfully submitted,
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
150 West Flagler Street, Ste. 2200
Miami, FL  33130
Telephone: (305) 789-3598

By: /s/ Drew M. Dillworth
    Drew M. Dillworth
    Florida Bar No. 167835
    ddillworth@stearnsweaver.com

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
106 E. College Ave., Suite 700
Tallahassee, FL  32301
Telephone: (850) 329-4853
By: /s/ Christopher Clark
    Christopher Clark
    Florida Bar No. 1002388
    cclark@stearnsweaver.com

# EXHIBIT 1

# STEARNS WEAVER MILLER
# WEISSLER ALHADEFF & SITTERSON, P.A.

Museum Tower
150 West Flagler Street, Suite 2200
Miami, FL  33130
Direct Line: (305) 789-3200
Fax: (305) 789-3395

Naples Property Holding Company, LLC
c/o Athens Development NPL LLC
Attn. Jay Newman
101 Wilshire Blvd, Suite 101
Santa Monica, CA 90401

| | |
|---|---|
| Invoice Date: | December 13, 2024 |
| Invoice Number: | 16097394 |
| Matter Number: | ██████ |

*For Professional Services through **November 30, 2024***

**Matter:**   Myers Litigation





| | |
|---|---|
| **Total Fees** | **$3,225.00** |
| **20% Courtesy Discount** | **($645.00)** |
| **Amount Claimed** | **$2,580.00** |

**For Professional Services Rendered Through November 30, 2024**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|



STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ███ | ███ | █████████ | ███ | ███ | ███ |
| ███ | ███ | █████████ | ███ | ███ | ███ |
| ███ | ███ | █████████ | ███ | ███ | ███ |
| ███ | ███ | █████████ | ███ | ███ | ███ |
| ███ | ███ | █████████ | ███ | ███ | ███ |
| ███ | ███ | █████████ | ███ | ███ | ███ |
| ███ | ███ | █████████ | ███ | ███ | ███ |
| ███ | ███ | █████████ | ███ | ███ | ███ |
| ███ | ███ | █████████ | ███ | ███ | ███ |

Stearns Weaver Miller Weissler Alhadeff & Sitterson, p.a.

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | ████████████████ | | | |
| ████ | ████ | ████████████████ | █ | ████ | ████ |
| ████ | ████ | ████████████████ | █ | ████ | ████ |
| 11/12/24 | D.M. Dillworth | Communications with Tallahassee regarding new bankruptcy filing by Myers' trust entity; diligence concerning new case and information contained in same; follow up communications relating to identifying issues, determining scope of stay, and requesting additional information relating to foreclosure sale and insurance policy concerning transfers; | 0.80 | 750.00 | 600.00 |
| ████ | ████ | ████████████████ | █ | ████ | ████ |
| ████ | ████ | ████████████████ | █ | ████ | ████ |
| 11/13/24 | D.M. Dillworth | Prepare for and call with client to discuss litigation strategy relating to latest bankruptcy filing by trust entity and related issues; | 1.50 | 750.00 | 1,125.00 |
| ████ | ████ | ████████████████ | █ | ████ | ████ |
| ████ | ████ | ████████████████ | █ | ████ | ████ |
| ████ | ████ | ████████████████ | █ | ████ | ████ |
| 11/14/24 | D.M. Dillworth | Communications with litigation team regarding latest Myers' filings; | 0.50 | 750.00 | 375.00 |
| ████ | ████ | ████████████████ | █ | ████ | ████ |

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | ████████████████ | | | |
| ██████ | ██████ | ████████████████ | ███ | ███ | ████ |
| | | ████████████████ | | | |
| ██████ | ██████ | ███████████ | ███ | ███ | ████ |
| ██████ | ██████ | ████████████████ | ███ | ███ | ████ |
| ██████ | ██████ | ██████████ | ███ | ███ | ████ |
| ██████ | ██████ | ████████████████ | ███ | ███ | ████ |
| ██████ | ██████ | ██████████ | ███ | ███ | ████ |
| ██████ | ██████ | ████████████████ | ███ | ███ | ████ |
| ██████ | ██████ | ████████████████ | ███ | ███ | ████ |
| ██████ | ██████ | ████████████████ | ███ | ███ | ████ |
| ██████ | ██████ | ████████████████ | ███ | ███ | ████ |

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | ███████████████████ | | | |
| ███ | ██████ | ████████████████████ | ██ | ████ | ████ |
| | | ████████████████████ | | | |
| | | ████████████████████ | | | |
| ███ | ██████ | ██████████████████ | ██ | ████ | ████ |
| ███ | ██████ | █████████████████████ | ██ | ████ | ████ |
| ███ | ██████ | █████████████████████ | ██ | ████ | ████ |
| ███ | ██████ | █████████████████████ | ██ | ████ | ████ |
| 11/20/24 | D.M. Dillworth | Confer with litigation team regarding monitoring bankruptcy of trust relating to Naples property; review bankruptcy docket, coordinate obtaining pleadings and docketing upcoming hearing dates and deadlines; | 0.50 | 750.00 | 375.00 |
| ███ | ██████ | █████████████████████ | ██ | ████ | ████ |
| ███ | ██████ | ████████████████ | ██ | ████ | ████ |

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ███ | ███ | ████████ | ██ | ███ | ███ |
| ███ | ███ | ████████ | ██ | ███ | ███ |
| ███ | ███ | ████████ | ██ | ███ | ███ |
| 11/22/24 | D.M. Dillworth | Communications with litigation team regarding equitable servitude, effect of lis pendens, and bankruptcy counsel's prior involvement in foreclosure case; analysis of bankruptcy record; analysis of equitable servitude judgment; review bankruptcy pleadings and status hearing notice; | 1.00 | 750.00 | 750.00 |
| ███ | ███ | ████████ | ██ | ███ | ███ |
| ███ | ███ | ████████ | ██ | ███ | ███ |
| ███ | ███ | ████████ | ██ | ███ | ███ |
| ███ | ███ | ████████ | ██ | ███ | ███ |
| ███ | ███ | ████████ | ██ | ███ | ███ |
| ███ | ███ | ████████ | ██ | ███ | ███ |
| ███ | ███ | ████████ | ██ | ███ | ███ |

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

**Timekeeper Summary**



**Cost Summary**



Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.

# STEARNS WEAVER MILLER
# WEISSLER ALHADEFF & SITTERSON, P.A.

Museum Tower
150 West Flagler Street, Suite 2200
Miami, FL 33130
Direct Line: (305) 789-3200
Fax: (305) 789-3395

Naples Property Holding Company, LLC
c/o Athens Development NPL LLC
Attn. Jay Newman
101 Wilshire Blvd, Suite 101
Santa Monica, CA 90401

| | |
|---|---|
| Invoice Date: | January 31, 2025 |
| Invoice Number: | 16099832 |
| Matter Number: | ███████ |

*For Professional Services through **December 31, 2024***

**Matter:**     Myers Litigation

 

| | |
|---|---|
| **Total Fees** | **$31,440.00** |
| **20% Courtesy Discount** | **($6,288.00)** |
| **Amount Claimed** | **$25,152.00** |

**For Professional Services Rendered Through December 31, 2024**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ██ | ██ | ████ | █ | ██ | ██ |
| ██ | ██ | ████ | █ | ██ | ██ |
| ██ | ██ | ████ | █ | ██ | ██ |
| 12/03/24 | C.R. Clark | Joint strategy with litigation and bankruptcy team regarding 700 Trust bankruptcy; prepare summary of affected cases; | 0.80 | 450.00 | 360.00 |
| ██ | ██ | ████ | █ | ██ | ██ |
| ██ | ██ | ████ | █ | ██ | ██ |
| ██ | ██ | ████ | █ | ██ | ██ |
| 12/08/24 | D.M. Dillworth | Analysis of pending litigation ancillary to bankruptcy proceeding and foreclosure proceeding impacted by Trust bankruptcy filing; develop timeline of relevant events to include in motion for relief in bankruptcy of Trust to clarify record of various pending state court matters; analysis of Judge Ruark and Delano opinions for helpful inputs to pleading; outline flow of motion and relief to be requested; begin work on motion to clarify scope of automatic stay and for sanctions using the court's inherent powers; identify case citations needed in furtherance of same; communication to J. Osmolia regarding same; analysis of Trust's | 6.00 | 750.00 | 4,500.00 |

Stearns Weaver Miller Weissler Alhadeff & Sitterson, p.a.

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
|  |  | bankruptcy schedules and statement of financial affairs; |  |  |  |
| 12/09/24 | D.M. Dillworth | Prepare for and attend first meeting of creditors of 700 Trust bankruptcy case; communication with litigation team regarding same; coordinate J. Osmolia obtaining case support for sua sponte dismissal, sua sponte sanctions under 105 and 9011, and related issues to cover in motion in 700 Trust bankruptcy; communication with C. Clark regarding additional material needed from state court foreclosure case; pull relevant pleadings from Myers' chapter 13 dismissed as a bad faith filing; continue work on motion to clarify that the automatic stay does not apply, to dismiss, and for sanctions; | 3.60 | 750.00 | 2,700.00 |
| ███████ | ███████ | ████████████████ | ███ | ███ | ████ |
| ███████ | ███████ | ████████████████ | ███ | ███ | ████ |
| 12/10/24 | D.M. Dillworth | Continue pulling relevant information from prior bankruptcy cases for 700 Trust pleading; work on motion to clarify stay, dismiss case, and for a variety of sanctions; circulate same internally for comment; | 5.50 | 750.00 | 4,125.00 |
| 12/10/24 | E.J. Silver | Review and revise motion to confirm no automatic stay in connection with bankruptcy filing for trust; | 1.20 | 850.00 | 1,020.00 |
| ███████ | ███████ | ████████████████ | ███ | ███ | ████ |
| 12/10/24 | J. Osmolia | Review draft of motion to confirm stay does not apply; | 1.20 | 425.00 | 510.00 |
| 12/11/24 | D.M. Dillworth | Review comments from litigation team regarding draft motion; work on and finalize motion to clarify scope of stay, to dismiss case, for remedial and monetary damages, and related relief; multiple communications with litigation team; coordinate compiling related exhibits and referenced material in pleading; analysis of and include Judge Specie prior opinions regarding similar cases; diligence regarding Judge Specie with B. Rich | 7.50 | 750.00 | 5,625.00 |

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | regarding final tone of pleading; coordinate finalizing and filing of motion; | | | |
| ████ | ████ | ████████ | ██ | ███ | ███ |
| ████ | ████ | ████████ | ██ | ███ | ███ |
| 12/12/24 | D.M. Dillworth | Communications with litigation team regarding hearing scheduled on exigent motion in Tallahassee in person; coordinate service and related issues with M. Fernandez; | 0.70 | 750.00 | 525.00 |
| ████ | ████ | ████████ | ██ | ███ | ███ |
| ████ | ████ | ████████ | ██ | ███ | ███ |
| ████ | ████ | ████████ | ██ | ███ | ███ |
| 12/13/24 | D.M. Dillworth | Review Order to Show Cause and change to Status Conference time and place; communication with litigation team regarding delivery of courtesy hard copy of motion and exhibits; coordinate service of motion and exhibits on all parties by email and by US Mail; | 1.00 | 750.00 | 750.00 |
| 12/16/24 | D.M. Dillworth | Review new filings by Myers/Kelly in advance of hearing on status and motion to clarify; coordinate hearing binder; | 0.50 | 750.00 | 375.00 |
| ████ | ████ | ████████ | ██ | ███ | ███ |
| 12/17/24 | D.M. Dillworth | Communication with M. Gort regarding intention to file motion to strike pleading and basis for same; receipt and review motion, analysis of local rules cited in | 4.50 | 750.00 | 3,375.00 |

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | response and overriding general consideration rules contained in preamble; follow up with litigation team regarding same; call with City of Naples regarding 700 Trust filing; travel to Tallahassee for hearings in 700 Trust bankruptcy case; meeting with litigation team regarding hearings; | | | |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | | ███ |
| 12/18/24 | D.M. Dillworth | Receipt and review notice of appeal from order to show cause; communications with litigation team regarding same and prior ruling under similar circumstances denying relief; prepare for and attend hearing in 700 Trust bankruptcy case; comment on report to client concerning same; return to Miami from Tallahassee hearings in 700 Trust; | 8.00 | 750.00 | 6,000.00 |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | | ███ | ███ |
| | | ███ | | | |
| ███ | ███ | ███ | ███ | ███ | ███ |
| | | ███ | | | |
| 12/20/24 | D.M. Dillworth | Draft, review, and revise proposed order on the automatic stay; circulate same to litigation team for comment; review and finalize order with comments from G. Burhans; communication to M. Gort regarding comments to order; | 0.80 | 750.00 | 600.00 |
| ███ | ███ | ███ | | ███ | ███ |

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | comments from A. Epstein; continue review and analysis of orders and docket filings to including in draft contempt order; continue drafting contempt order; | | | |
| ████ | ████ | ████ | ████ | ████ | ████ |
| 12/23/24 | D.M. Dillworth | Analysis of partial order on motion to dismiss; outline structure of renewed motion upon transfer; | 0.50 | 750.00 | 375.00 |
| ████ | ████ | ████ | ████ | ████ | ████ |
| ████ | ████ | ████ | ████ | ████ | ████ |
| 12/30/24 | D.M. Dillworth | Receipt and analysis of memorandum decision on transfer of case; circulate internally with note regarding renewed motion to dismiss case; coordinate service of memorandum and filing COS in case; | 0.80 | 750.00 | 600.00 |
| ████ | ████ | ████ | ████ | ████ | ████ |
| | | ████ | | | ████ |

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

**Timekeeper Summary**



**Cost Summary**



# STEARNS WEAVER MILLER
# WEISSLER ALHADEFF & SITTERSON, P.A.

Museum Tower
150 West Flagler Street, Suite 2200
Miami, FL 33130
Direct Line: (305) 789-3200
Fax: (305) 789-3395

Naples Property Holding Company, LLC
c/o Athens Development NPL LLC
Attn. Jay Newman
101 Wilshire Blvd, Suite 101
Santa Monica, CA 90401

| | |
|---|---|
| Invoice Date: | January 31, 2025 |
| Invoice Number: | 16099843 |
| Matter Number: | ████████ |

*For Professional Services through **January 3, 2025***

**Matter:**  Myers Foreclosure





**Total Fees**              **$7,917.50**
**20% Courtesy Discount**   **($1,583.50)**
**Total Costs**             **$1,455.23**
**Amount Claimed**          **$7,789.23**

| Invoice Date: | January 31, 2025 |
|---|---|
| Invoice Number: | 16099843 |
| Matter Number: | |

**For Professional Services Rendered Through January 3, 2025**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|



STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | ███ | | | |
| 12/09/24 | J.N. Muratides | Review bankruptcy schedules filed by 700 Trust; telephone conference with lender's counsel regarding status and remand motions. | 0.60 | 625.00 | 375.00 |
| ███ | ███ | ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ | ███ | ███ |
| | | ███ | | | |
| ███ | ███ | ███ | ███ | ███ | ███ |
| | | ███ | | | |
| ███ | ███ | ███ | ███ | ███ | ███ |
| | | ███ | | | |
| 12/11/24 | M. Fernandez | Prepare registration information for northern district of Florida Court. | 1.00 | 325.00 | 325.00 |
| 12/11/24 | M. Fernandez | Review and revise exhibits to motion; compile exhibits for filing; filing of motion and exhibits with Court. | 2.00 | 325.00 | 650.00 |
| ███ | ███ | ███ | ███ | | ███ |
| | | ███ | | | |
| 12/11/24 | C.R. Clark | Strategize re: Interested Parties' Exigent Motion to Confirm Automatic Stay Does Not Apply and impact on parallel proceedings. | 0.80 | 450.00 | 360.00 |
| ███ | ███ | ███ | ███ | ███ | ███ |
| | | ███ | | | |
| ███ | ███ | ███ | ███ | ███ | ███ |
| | | ███ | | | |

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ████ | ████ | ██████████████████████ | ██ | ████ | ████ |
| ████ | ████ | ██████████████████████ | ██ | ████ | ████ |
| ████ | ████ | ██████████████████████ | ██ | ████ | ████ |
| ████ | ████ | ███████████████████████ | ██ | ████ | ████ |
| ████ | ████ | ██████████████████████ | ██ | ████ | ████ |
| ████ | ████ | ██████████████████████ | ██ | ████ | ████ |
| 12/13/24 | C.R. Clark | Review and analysis of Bankruptcy Show Cause Order to assess impact on parallel cases and related improperly removed cases. | 0.20 | 450.00 | 90.00 |
| ████ | ████ | ██████████████████████ | ██ | ████ | ████ |
| ████ | ████ | ██████████████████████ | ██ | ████ | ████ |
| ████ | ████ | ██████████████████████ | ██ | ████ | ████ |
| ████ | ████ | ██████████████████████ | ██ | ████ | ████ |
| ████ | ████ | ██████████████████████ | ██ | ████ | ████ |

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ████ | ██████ | █████████████████ | ██ | ████ | ████ |
| ████ | ██████ | ████████████ | ██ | ████ | ████ |
| 12/17/24 | C.R. Clark | Strategize re: upcoming hearing on Exigent Bankruptcy Motion and related automatic stay issues; assessed impact on parallel cases. | 0.60 | 450.00 | 270.00 |
| 12/18/24 | G. T. Burhans | Strategize and prepare for re: hearing on motion to determine bankruptcy stay inapplicable to Naples Litigation and Naples Property; appear at hearing; post-hearing debriefing and prepare notes for draft order. | 3.40 | 1,000.00 | 3,400.00 |
| ████ | ██████ | ████████████ | ██ | ████ | ████ |
| ████ | ██████ | ████████████ | ██ | ████ | ████ |
| 12/18/24 | C.R. Clark | Prepared pre-hearing documents and notes related to appeal filed the prior evening and other related untimely motions; attended Omnibus Hearing via Zoom on multiple Motions related to Northern District of Florida Bankruptcy filings. | 2.10 | 450.00 | 945.00 |
| ████ | ██████ | ████████████ | ██ | ████ | ████ |
| ████ | ██████ | ████████████ | ██ | ████ | ████ |
| ████ | ██████ | ████████████ | ██ | ████ | ████ |
| ████ | ██████ | ████████████ | ██ | ████ | ████ |

Stearns Weaver Miller Weissler Alhadeff & Sitterson, p.a.

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 12/20/24 | J.N. Muratides | Review court order regarding stay relief in 700 Trust bankruptcy case; review Myers' notice of appeal of bankruptcy court order to show cause. | 0.30 | 625.00 | 187.50 |
| ███ | ███ | ███ | ███ | ███ | ███ |
| 12/23/24 | M. Fernandez | Draft, review, and revise certificate of service; filing of cos with the court; coordinate mailing and emailing of order. | 0.80 | 325.00 | 260.00 |
| 12/23/24 | G. T. Burhans | Review / analysis of Bankruptcy Judge Specie's interim order finding stay does not apply to Naples Litigation and Naples Property, forward to client team. | 0.40 | 1,000.00 | 400.00 |
| ███ | ███ | ███ | ███ | ███ | ███ |
| 12/27/24 | J.N. Muratides | Review Bankruptcy Court order granting motion to confirm stay does not apply. | 0.40 | 625.00 | 250.00 |
| 12/27/24 | C.R. Clark | Review and analysis of Northern District's Bankruptcy Court Final Order; strategize re: lien filing and other related actions. | 0.60 | 450.00 | 270.00 |
| 12/30/24 | C.R. Clark | Strategize re: Court's reservation of jurisdiction and impacts on current case posture. | 0.30 | 450.00 | 135.00 |
| | | ███ | | | ███ |

**Timekeeper Summary**

Stearns Weaver Miller Weissler Alhadeff & Sitterson, p.a.

**Cost Summary**

| Description | Amount |
|---|---|
| 8.5 x 11 B&W Printing Charges (8,039 pages) | 803.90 |
| ███████████ | ████████ |
| Court Reporting Charges | 476.33 |
| Deposition Charges | 175.00 |

Stearns Weaver Miller Weissler Alhadeff & Sitterson, p.a.

# LEXITAS

TEL: 888-811-3408
fl.billing@lexitaslegal.com
lexitaslegal.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 373012 | 12/30/2024 | 388051 |

| Job Date | Case No. |
|---|---|
| 12/18/2024 | |

| Case Name | |
|---|---|
| Bankruptcy Court | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

Chrissy Acosta
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
106 East College Avenue
Suite 700
Tallahassee, FL 32301

ORIGINAL TRANSCRIPT OF:

Judge Karen Specie

Court Reporting Charges = $476.33                                              476.33

Paperless Delivery:  One tree will be planted in your honor!        1.00

**TOTAL DUE  >>>**                    **$476.33**
AFTER 2/13/2025  PAY                    $523.96

Thank you for your business!

Lexitas operates in all 50 states and is licensed where required. Nevada Registration #116F. California Firm Registration #179. Michigan Firm Registration #8602.

**REMITTANCE – TO AVOID DELAYS IN APPLYING YOUR PAYMENTS, PLEASE INCLUDE A COPY OF THIS INVOICE OR INCLUDE THE INVOICE NUMBER WITH YOUR PAYMENT.**

Remittance is due 30 days from the date of the invoice.   At 30 days past the payment due date, a 1.5% monthly surcharge may be added.  Please contact us if you have any questions or think there is an error on this invoice within 90 days of the invoice date.  No adjustments will be made to invoices after 90 days.

**By ACH or Wire:** Please contact Accounts Receivable at ar@lexitaslegal.com for questions and banking details.  To ensure proper payment application, a remittance detail including the department number 2034 and invoice numbers should be emailed to remitance@lexitaslegal.com.

**By Credit Card:** Please visit www.lexitaslegal.com/bill-pay and use your invoice number in the Invoice Number field as well as

**Tax ID:** 46-4363191

*Please detach bottom portion and return with payment.*

Chrissy Acosta
Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.
106 East College Avenue
Suite 700
Tallahassee, FL 32301

Invoice No.   : 373012
Invoice Date  : 12/30/2024
**Total Due**    : **$476.33**

Remit To:  **Lexitas**
        **PO Box 734298 Dept. 2034**
        **Dallas, TX 75373-4298**

Job No.       : 388051
BU ID         : ATS
Case No.      :
Case Name   : Bankruptcy Court



# ESQUIRE
DEPOSITION SOLUTIONS

*Invoice* **INV2971126**

1500 Centre Pkwy
Suite 100
East Point GA 30344
888-486-4044
www.esquiresolutions.com
Tax ID # 45-3463120

| | | | |
|---|---|---|---|
| **Date** | 12/5/2024 | **Client Number** | C2192099 |
| **Terms** | Net 30 | **Esquire Office** | Jacksonville |
| **Due Date** | 1/4/2025 | **Proceeding Type** | Hearing |
| | | **Name of Insured** | |
| | | **Adjuster** | |
| | | **Firm Matter/File #** | |
| | | **Client VAL ID** | |
| | | **Date of Loss** | |

**Bill To**
Stearns Weaver Miller Weissler Alhadeff & Sitterson -
Tallahassee
106 E. College Avenue
Suite 700
Tallahassee FL 32301

**Services Provided For**
Stearns Weaver Miller Weissler Alhadeff & Sitterson -
Tallahassee
Burhans, Glenn T
106 E. College Avenue
Suite 700
Tallahassee FL 32301

| Job Date | Job ID | Job Location | Case |
|---|---|---|---|
| 11/26/2024 | J12080025 | Naples, FLORIDA | US BANK vs. KELLY, BARBARA ANN |

| Description | Deponent | Qty | Unit Rate | Amount |
|---|---|---|---|---|
| APP FEE: FIRST HOUR TKDWN | Judge Brodie | 1 | 175.00 | $175.00 |

| | |
|---|---|
| **Subtotal** | 175.00 |
| **Shipping Cost (n/a)** | 0.00 |
| **Total** | $175.00 |
| **Amount Due** | 175.00 |

*Representing Client: Stearns Weaver Miller Weissler Alhadeff & Sitterson (P) : Stearns Weaver Miller Weissler Alhadeff & Sitterson - Tallahassee*

Attorney is responsible for payment of all charges incurred. Payment is due by "Due Date" shown on invoice. Failure to pay by "Due Date" may result in the assessment of a late fee. Transcript package typically includes transcript/word index, exhibits, appearance fee, condensed transcript, litigation support disk, shipping, video charges and may include other service charges based on job or region. Some services and rates may vary by job or region. Please contact your local office for specific detail and questions. Full Terms and Conditions are viewable online at www.esquiresolutions.com/terms-conditions. These stated terms and conditions, to the extent they contradict the rules and regulations in Arizona, do not apply. All aspects of this invoice and other business terms comply with the ethical obligations set forth in the AZ Code of Judicial Administration Section 7-206(J)(1)(g)(3) through (6).

---

Please detach and return this bottom portion with your payment or
pay online or obtain W9 at www.esquireconnect.com or to pay just this invoice with CC/ACH: Pay Now

**Remit to:**

Esquire Deposition Solutions, LLC
P. O. Box 846099
Dallas, TX 75284-6099

**Federal Express, UPS or Overnight USPS:**

Esquire Deposition Solutions, LLC
Lockbox 846099
1950 N. Stemmons Freeway
Suite 5010
Dallas, TX 75207

| | |
|---|---|
| **Client Name** | Stearns Weaver Miller Weissler Alhadeff & Sitterson - Tallahassee |
| **Client #** | C2192099 |
| **Invoice #** | INV2971126 |
| **Invoice Date** | 12/5/2024 |
| **Due Date** | 1/4/2025 |
| **Amount Due** | **$175.00** |

# STEARNS WEAVER MILLER
# WEISSLER ALHADEFF & SITTERSON, P.A.

Museum Tower
150 West Flagler Street, Suite 2200
Miami, FL  33130
Direct Line: (305) 789-3200
Fax: (305) 789-3395

Naples Property Holding Company, LLC
c/o Athens Development NPL LLC
Attn. Jay Newman
101 Wilshire Blvd, Suite 101
Santa Monica, CA 90401

| | |
|---|---|
| Invoice Date: | February 21, 2025 |
| Invoice Number: | 16101516 |
| Matter Number: | ███████ |

*For Professional Services through **January 31, 2025***

**Matter:**     Myers Foreclosure




| | |
|---|---|
| **Total Fees** | **$7,570.00** |
| **20% Courtesy Discount** | **($1,514.00)** |
| **Amount Claimed** | **$6,029.00** |

MIAMI ▪ TAMPA ▪ FORT LAUDERDALE ▪ TALLAHASSEE ▪ CORAL GABLES

**For Professional Services Rendered Through January 31, 2025**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ████ | ████ | ████████████ | ██ | ████ | ████ |
| 01/03/25 | G. T. Burhans | Review and analysis of Bankruptcy Judge Specie's Memorandum and Final Order Granting Exigent Motion to Confirm Automatic Stay Does Not Apply; confer w/ team and strategize re: same. | 0.70 | 1,000.00 | 700.00 |
| 01/06/25 | G. T. Burhans | Strategize re: Motion to Dismiss, Motion for Sanctions in 700 Trust bankruptcy action, and for expiration of Myers's bankruptcy bar. | 0.80 | 1,000.00 | 800.00 |
| ████ | ████ | ████████████ | ██ | ████ | ████ |
| 01/10/25 | G. T. Burhans | Review and analysis of Bankruptcy Judge Specie's Memorandum and Opinion, and Order, transferring case to Middle District of Florida; draft/send email report to client team re: same; strategize re: potential Motion to Dismiss and Motion for Sanctions in Bankruptcy Court. | 1.30 | 1,000.00 | 1,300.00 |
| 01/10/25 | C.R. Clark | Review recently released bankruptcy transfer order to assess impact on pending foreclosure. | 0.40 | 450.00 | 180.00 |
| ████ | ████ | ████████████ | ██ | ████ | ████ |
| ████ | ████ | ████████████ | ██ | ████ | ████ |
| ████ | ████ | ████████████ | ██ | ████ | ████ |
| ████ | ████ | ████████████ | ██ | ████ | ████ |
| ████ | ████ | ████████████ | ██ | ████ | ████ |

Invoice Date:      February 21, 2025
Invoice Number:      16101516
Matter Number:      ████

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ████ | ████ | ████████ | ██ | ██ | ██ |
| ████ | ████ | ████████ | ██ | ██ | ██ |
| 01/29/25 | J. Osmolia | Draft motion to dismiss 700 Trust bankruptcy. | 2.00 | 425.00 | 850.00 |
| 01/29/25 | J. Osmolia | Review emails from D. Dillworth re: preparation of Motion to Dismiss 700 Trust bankruptcy; review file, review hearing transcript; review bankruptcy court orders from MD and ND for use in Motion to Dismiss. | 3.30 | 425.00 | 1,402.50 |
| ████ | ████ | ████████ | ██ | ██ | ██ |
| 01/30/25 | J. Osmolia | Discuss changes to draft motion to dismiss with D. Dillworth; review his edits; draft v3 of motion to dismiss. | 2.30 | 425.00 | 977.50 |
| 01/31/25 | G. T. Burhans | Strategize re: potential dismissal and review / revise draft Motion to Dismiss 700 Trust MD Fla Bankruptcy action. | 1.00 | 1,000.00 | 1,000.00 |
| 01/31/25 | C.R. Clark | Review, analysis, and revise Interested Parties' Motion to Dismiss this Case for Violating Existing Filing Injunctions; strategize re: same. | 0.80 | 450.00 | 360.00 |
| | | ████ ████ | | | ████ |

**Timekeeper Summary**

████████

Stearns Weaver Miller Weissler Alhadeff & Sitterson, p.a.

**Cost Summary**

# STEARNS WEAVER MILLER
# WEISSLER ALHADEFF & SITTERSON, P.A.

Museum Tower
150 West Flagler Street, Suite 2200
Miami, FL  33130
Direct Line: (305) 789-3200
Fax: (305) 789-3395

Naples Property Holding Company, LLC
c/o Athens Development NPL LLC
Attn. Jay Newman
101 Wilshire Blvd, Suite 101
Santa Monica, CA 90401

| | |
|---|---|
| Invoice Date: | March 24, 2025 |
| Invoice Number: | 16103305 |
| Matter Number: | █████ |

*For Professional Services through **February 28, 2025***

**Matter:**     Myers Foreclosure

 

| | |
|---|---|
| **Total Fees** | **$6,647.50** |
| **20% Courtesy Discount** | **($1,329.50)** |
| **Amount Claimed** | **$5,318.00** |

**For Professional Services Rendered Through February 28, 2025**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 02/03/25 | J. Osmolia | Review sanctions motion drafts from Chris; draft sanctions motion. | 2.00 | 425.00 | 850.00 |
| ████ | ████ | ████████ | ██ | ███ | ████ |
| 02/04/25 | J. Osmolia | Draft sanctions motion. | 2.00 | 425.00 | 850.00 |
| 02/05/25 | M. Fernandez | Review and revise motion to dismiss; compile exhibits for motion; filing of motion with the court. | 2.00 | 325.00 | 650.00 |
| 02/05/25 | G. T. Burhans | Final review and revisions to draft Motion to Dismiss 700 Trust Bankruptcy, communications w/ team re: same; forward as filed Motion to client team w/ status report on the litigation. | 1.00 | 1,000.00 | 1,000.00 |
| ████ | ████ | ████████ | ██ | ███ | ████ |
| 02/05/25 | C.R. Clark | Reviewed prior Foreclosure Orders to assist in finalizing Bankruptcy Dismissal Motion. | 0.30 | 450.00 | 135.00 |
| 02/06/25 | M. Fernandez | Review and revise certificate of service; coordinate filing of COS. | 1.00 | 325.00 | 325.00 |
| 02/07/25 | M. Fernandez | Review Judge's procedures regarding hearings; draft, review, and revise notice of hearing for motion to dismiss; filing of notice with the court; coordinate service of notice. | 2.00 | 325.00 | 650.00 |
| 02/07/25 | G. T. Burhans | Initial review/comment on Motion for Sanctions (700 Trust MD Fla bankruptcy). | 0.40 | 1,000.00 | 400.00 |
| 02/11/25 | G. T. Burhans | Review and revise draft Motion for Sanctions (700 Trust Bankruptcy). | 1.30 | 1,000.00 | 1,300.00 |
| ████ | ████ | ████████ | ██ | ██ | ████ |
| ████ | ████ | ████████ | ██ | ██ | ████ |
| ████ | ████ | ████████ | ██ | ██ | ████ |
| ████ | ████ | ████████ | ██ | ██ | ████ |
| ████ | ████ | ████████ | ██ | ██ | ████ |

Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.

Invoice Date:     March 24, 2025
Invoice Number:     16103305
Matter Number: ███████

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | ████████████ | | | |
| 02/19/25 | M. Fernandez | Draft, review, and revise notice of hearing regarding motion for sanctions; filing of notice with the court. | 1.50 | 325.00 | 487.50 |
| ███ | ███ | ████████████ | ██ | ██ | ██ |
| ███ | ███ | ████████████ | ██ | ██ | ██ |
| ███ | ███ | ████████████ | ██ | ██ | ██ |
| ███ | ███ | ████████████ | ██ | ██ | ██ |
| ███ | ███ | ████████████ | ██ | ██ | ██ |
| ███ | ███ | ████████████ | ██ | ██ | ██ |
| ███ | ███ | ████████████ | ██ | ██ | ██ |
| ███ | ███ | ████████████ | ██ | ██ | ██ |
| ███ | ███ | ████████████ | ██ | ██ | ██ |
| ███ | ███ | ████████████ | ██ | ██ | ██ |
| ███ | ███ | ████████████ | ██ | ██ | ██ |
| ███ | ███ | ████████████ | ██ | ██ | ██ |

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.



| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|

**Timekeeper Summary**

**Cost Summary**

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

# STEARNS WEAVER MILLER
# WEISSLER ALHADEFF & SITTERSON, P.A.

Museum Tower
150 West Flagler Street, Suite 2200
Miami, FL 33130
Direct Line: (305) 789-3200
Fax: (305) 789-3395

Naples Property Holding Company, LLC
c/o Athens Development NPL LLC
Attn. Jay Newman
101 Wilshire Blvd, Suite 101
Santa Monica, CA 90401

| Invoice Date: | April 29, 2025 |
|---|---|
| Invoice Number: | 16105336 |
| Matter Number: | ███████ |

*For Professional Services through* **March 31, 2025**

**Matter:** Myers Foreclosure

 

| | |
|---|---|
| **Total Fees** | **$3,870.00** |
| **20% Courtesy Discount** | **($774.00)** |
| **Amount Claimed** | **$3,096.00** |

**For Professional Services Rendered Through March 31, 2025**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| ████ | ████ | ████████ | ██ | ██ | ██ |
| ████ | ██████ | ██████████ | ██ | ██ | ██ |
| ████ | ██████ | ██████████ | ██ | ██ | ██ |
| ████ | ██████ | ██████████ | ██ | ██ | ██ |
| 03/04/25 | J. Osmolia | Prepare motion to transfer venue to MD FL, RE: Greg Myers 25-00051-FMD. | 0.80 | 450.00 | 360.00 |
| ████ | ██████ | ██████████ | ██ | ██ | ██ |
| 03/05/25 | J. Osmolia | Draft motion to transfer venue. | 4.10 | 450.00 | 1,845.00 |
| ████ | ██████ | ██████████ | ██ | ██ | ██ |
| ████ | ██████ | ██████████ | ██ | ██ | ██ |
| ████ | ██████ | ██████████ | ██ | ██ | ██ |
| ████ | ██████ | ██████████ | ██ | ██ | ██ |
| ████ | ██████ | ██████████ | ██ | ██ | ██ |
| ████ | ██████ | ██████████ | ██ | ██ | ██ |
| 03/11/25 | J. Osmolia | Continue preparation of motion to transfer venue; review docket re: extension on deficient filings. | 1.20 | 450.00 | 540.00 |
| 03/12/25 | J. Osmolia | Discuss motion changes with DMD RE: joinder; draft joinder. | 2.50 | 450.00 | 1,125.00 |

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| ███ | ███ | ██████████████ | ██ | ███ | ███ |
| ███ | ███ | ███████████████ | ██ | ███ | ███ |
| ███ | ███ | ███████████████ | ██ | ███ | ███ |
| ███ | ███ | ████████████ | ██ | ███ | ███ |
| ███ | ███ | ████████████ | ██ | ███ | ███ |
| ███ | ███ | ████████████ | ██ | ███ | ███ |
| ███ | ███ | ████████████ | ██ | ███ | ███ |
| | | ██████ | | | ███ |

**Timekeeper Summary**



STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.

Invoice Date:      April 29, 2025
Invoice Number:      16105336
Matter Number:      ██████████

**Cost Summary**

