UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:   Case No.: 25-00051-FMD
         Chapter 11
700 TRUST,

    Debtor.
_____/

# NOTICE OF APPEAL [1]

Debtor, 700 TRUST, by and through the undersigned attorney, appeals to the United States District Court for the Middle District of Florida from the following orders entered by the United States Bankruptcy Court for the Middle District of Florida on May 12, 2025:

(i) ORDER GRANTING INTERESTED PARTIES' MOTION FOR SANCTIONS AGAINST GREGORY MYERS, BARBARA KELLY, AND DEBTOR'S COUNSEL UNDER 11 U.S.C. § 105 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9011 AND DENYING MOTION TO STRIKE (Doc. 140), a copy of which is attached hereto as **Exhibit A**; and

(ii) ORDER GRANTING INTERESTED PARTIES' MOTION TO DISMISS, WITH PREJUDICE, FOR VIOLATING EXISTING FILING INJUNCTIONS AND DENYING MOTION TO STRIKE (Doc. 141), a copy of which is attached hereto as **Exhibit B**.

Dated: June 12, 2025

    Respectfully submitted,
    Gort Law, P.A.

    By: */s/Michael A. Gort*
    Michael Gort
    Florida Bar No. 73809

---

[1] Pursuant to the holding in *In re Tennial*, 978 F.3d 1022 (6th Cir. 2020), "the 14-day deadline created by Bankruptcy Rule 8002(a)(1) does not create a jurisdictional limit on the federal courts." Thus, if after review by the United States District Court for the Middle District of Florida, the notices of appeal filed by Gregory B. Myers (Doc. 146) and Barbara Ann Kelly (Doc. 147) are determined to be timely filed, the instant notice of appeal would be timely pursuant to the allowances of Bankruptcy Rule 8002(a)(3) ("If one party timely files a notice of appeal, any other party may file a notice of appeal within 14 days after the date when the first notice was filed, or within the time otherwise allowed by this rule—whichever is later.). Thus, in an abundance of caution, Debtor 700 TRUST is filing the instant notice of appeal.

1

601 Heritage Drive, Suite 457
Jupiter, FL 33458
561-900-0478 Office
561-900-3213 Text and Fax
E-Service: mike@gortlaw.com
Attorney for the Debtor 700 TRUST

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Middle District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(a) and that a true and correct copy of the above-referenced documents was served CM/ECF upon the parties listed on the attached service list on June 12, 2025.

Drew M Dillworth on behalf of Interested Party NBC Club Owner, LLC
ddillworth@stearnsweaver.com; fsanchez@stearnsweaver.com; jless@stearnsweaver.com; mfernandez@stearnsweaver.com

Drew M Dillworth on behalf of Interested Party Naples Beach Club Land Trust Trustee, LLC, as Trustee
ddillworth@stearnsweaver.com; fsanchez@stearnsweaver.com; jless@stearnsweaver.com; mfernandez@stearnsweaver.com

Drew M Dillworth on behalf of Interested Party Naples Beach Club Phase II and III Land Trust Trustee, LLC, as Trustee
ddillworth@stearnsweaver.com; fsanchez@stearnsweaver.com; jless@stearnsweaver.com; mfernandez@stearnsweaver.com

Drew M Dillworth on behalf of Interested Party Naples Property Holding Company, LLC
ddillworth@stearnsweaver.com; fsanchez@stearnsweaver.com; jless@stearnsweaver.com; mfernandez@stearnsweaver.com

Drew M Dillworth on behalf of Interested Party Tides Note on Note Lender I, LLC
ddillworth@stearnsweaver.com; fsanchez@stearnsweaver.com; jless@stearnsweaver.com; mfernandez@stearnsweaver.com

Michael A Gort on behalf of Debtor 700 Trust
mike@gortlaw.com, 1935@notices.nextchapterbk.com

Benjamin E. Lambers on behalf of U.S. Trustee United States Trustee - FTM, 11
Ben.E.Lambers@usdoj.gov

United States Trustee - FTM, 11
USTPRegion21.TP.ECF@USDOJ.GOV

Respectfully submitted,
Gort Law, P.A.

By: */s/Michael A. Gort*
Michael Gort
Florida Bar No. 73809
601 Heritage Drive, Suite 457
Jupiter, FL 33458
561-900-0478 Office
561-900-3213 Text and Fax
E-Service: mike@gortlaw.com
Attorney for the Debtor 700 TRUST

# Exhibit A

ORDERED.

Dated:  May 12, 2025

_____
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| 700 TRUST, | Case No. 2:25-bk-00051-FMD |
| Debtor. | |
| _____/ | |

**ORDER GRANTING INTERESTED PARTIES' MOTION FOR SANCTIONS AGAINST GREGORY MYERS, BARBARA KELLY, AND DEBTOR'S COUNSEL UNDER 11 U.S.C. § 105 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9011 AND DENYING MOTION TO STRIKE**

THIS CASE came before the Court on May 6, 2025, at 2:30 p.m. (the "Hearing") upon the Motion Sanctions Against Gregory Myers, Barbara Kelly, and Debtor's Counsel Under 11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure 9011 [ECF No. 118] (the "Motion for Sanctions") filed by Interest Parties, NAPLES PROPERTY HOLDING COMPANY, LLC, NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC, as Trustee, NAPLES BEACH CLUB PHASE II and III LAND TRUST TRUSTEE, LLC, as Trustee, and NBC CLUB OWNER, LLC, Tides Note on Note Lender I, LLC and the Motion to Strike [ECF No. 120] filed

by the Debtor, 700 Trust (the "Debtor"). Counsel for the Interested Parties and the United States Trustee appeared at the Hearing. Counsel for the Debtor and Mr. Myers and Ms. Kelly did not. For the reasons set forth on the record at the Hearing, which are incorporated here by reference, the Court finds it appropriate to grant the Motion for Sanctions and deny the Motion to Strike. Accordingly, it is

    **ORDERED** as follows:

    1.    The Motion for Sanctions [ECF No. 118] is GRANTED.

    2.    The Motion to Strike [ECF No. 120] is DENIED.

    3.    The Court awards attorney's fees and costs, jointly and severally, against the 700 Trust, Mr. Myers, Ms. Kelly, and Debtor's counsel, and in favor of the Interested Parties.

    4.    The Court reserves jurisdiction to liquidate the sanction upon the filing of an application by the Interested Parties setting forth the amounts requested, which application shall be filed with the Court within thirty (30) days of the entry of this Order.

Attorney Drew M. Dillworth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.

# Exhibit B

ORDERED.

Dated: May 12, 2025

Caryl E. Delano
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:                                                                  Chapter 11

700 TRUST,                                                        Case No. 2:25-bk-00051-FMD

    Debtor.
_____/

**ORDER GRANTING INTERESTED PARTIES'
MOTION TO DISMISS, WITH PREJUDICE, FOR VIOLATING
EXISTING FILING INJUNCTIONS AND DENYING MOTION TO STRIKE**

THIS CASE came before the Court on May 6, 2025, at 2:30 p.m. (the "Hearing") upon the Motion to Dismiss, With Prejudice, for Violating Existing Filing Injunctions [ECF No. 115] (the "Motion to Dismiss") filed by Interest Parties, NAPLES PROPERTY HOLDING COMPANY, LLC, NAPLES BEACH CLUB LAND TRUST TRUSTEE, LLC, as Trustee, NAPLES BEACH CLUB PHASE II and III LAND TRUST TRUSTEE, LLC, as Trustee, and NBC CLUB OWNER, LLC, Tides Note on Note Lender I, LLC and the Motion to Strike [ECF No. 121] filed by the Debtor, 700 Trust (the "Debtor"). Counsel for the Interested Parties and the United States Trustee appeared at the Hearing. Counsel for the Debtor and Mr. Myers and Ms.

Kelly did not. For the reasons set forth on the record at the Hearing, which are incorporated here by reference, the Court finds it appropriate to grant the Motion to Dismiss and deny the Motion to Strike. Accordingly, it is

**ORDERED** as follows:

1. The Motion to Dismiss [ECF No. 115] is GRANTED.

2. The Motion to Strike [ECF No. 121] is DENIED.

3. The case is DISMISSED with prejudice effective immediately upon entry of this Order.

4. Pursuant to Section 105(a) of the Bankruptcy Code, the 700 Trust, Mr. Myers, and Ms. Kelly, and any other person or entity asserting an interest in the property located 700 Gulfshore Blvd. N, Naples, Florida, 34102 (the "Naples Property") or other properties in which the 700 Trust, Mr. Myers, and Ms. Kelly claim an interest (collectively, the "Prohibited Parties"), are prohibited from filing another bankruptcy case in any jurisdiction of the United States effective immediately upon entry of this Order and continuing for a period of four (4) years after the date that the Order [ECF No. 110] entered by the Honorable Maria Ellena Chavez-Ruark in the case styled *In re Barbara Ann Kelly*, Case No. 23-12700-MCR (Bankr. Md. 2023) becomes final and non-appealable (i.e., the date that is four years after the date that any appeals related to the order are finally resolved).

5. The filing of a bankruptcy case by the Prohibited Parties prior to the expiration of the time set forth in the preceding paragraph will not cause the automatic stay to become operative and will not, therefore, provide grounds to stop any scheduled foreclose sale or other court proceeding with respect to any property owned and/or occupied by the Prohibited Parties.

6. No debts, obligations, or liabilities are DISCHARGED.

7. All unresolved motions, if any, are DENIED as moot, with the exception of ECF No. 118, which will be resolved by separate Order.

8. The Debtor shall pay any outstanding court fees, costs and charges, assessed under chapter 123, title 28, United States Code, if any, and file any outstanding operating reports, if any, in connection with this case within 14 days of the entry of this Order.

9. Any party seeking a determination of the allowability of an administrative expense claim must file appropriate application(s) with this Court within 30 days of the entry of this Order.

10. The Court shall retain jurisdiction in to consider any fee applications.

11. All hearings are canceled, and the automatic stay, to the extent still applicable, is no longer in effect.

Attorney Drew M. Dillworth, Esq. is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within 3 days of entry of the order.