Filed Via Mail
JUN 17 2025
CLERK, US BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
Tampa DIVISION

5 Pages Scanned by RS

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

In re:                                                  Case No.: 25-00051-FMD
                                                        Chapter 11
700 TRUST,

    Debtor.
_____/

### NOTICE OF APPEAL/MOTION FOR REVIEW BY A DISTRICT JUDGE [1]

Gregory B. Myers appeals to the United States District Court for the Middle District of Florida from the ORDER DISMISSING APPEAL AS UNTIMELY FILED (Doc. 149) entered June 3, 2025, a copy of which is attached hereto as Exhibit A.

Dated: June 16, 2025

                                                Respectfully submitted,

                                                /s/ Gregory B. Myers
                                                Gregory B. Myers
                                                700 Gulf Shore Blvd. N.
                                                Naples, Florida 34102
                                                (301) 325-2312
                                                *gregbmyers@verizon.net*

---

[1] United States District Court's *Amended General Order Establishing Protocols for Processing Bankruptcy Appeals*, Case No. 3:21-mc-00001-TJC (Doc. No. 156).

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2025, I sent the foregoing NOTICE OF APPEAL/MOTION FOR REVIEW BY A DISTRICT JUDGE via Federal Express to the Clerk of the United States Bankruptcy Court for the Middle District of Florida for delivery on June 17, 2025.

Gregory B. Myers

# Exhibit A

{Doduapl} District Order Dismissing Appeal as Untimely

ORDERED.

Dated: June 03, 2025

*Caryl E. Delano*
Caryl E. Delano
Chief United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**
www.flmb.uscourts.gov

In re:                                                                  Case No. 2:25-bk-00051-FMD
                                                                        Chapter 11
700 Trust,

       Debtor.                                    /

## ORDER DISMISSING APPEAL AS UNTIMELY FILED

THIS CASE came on for consideration on the Notice of Appeal filed by Gregory B. Myers ("Appellant") on May 29, 2025 (Doc. No. 146). Appellant appeals from the Court's *Order Granting Interested Parties' Motion for Sanctions Against Gregory Myers, Barbara Kelly, and Debtor's Counsel under 11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure 9011 and Denying Motion to Strike* (Doc. No. 140) and the Court's *Order Granting Interested Parties' Motion to Dismiss, with Prejudice, for Violating Existing Filing Injunctions and Denying Motion to Strike* (Doc. No. 141) (the "Orders").

The Orders were entered on May 12, 2025. The Notice of Appeal was filed more than 14 days after entry of the Orders.

Under Federal Rule of Bankruptcy Procedure 8002(a)(1), a notice of appeal must be "filed with the clerk of the bankruptcy court within 14 days of the date of entry of the judgment, order, or decree appealed from." This requirement is mandatory and jurisdictional. *In re Provan*, 862 F.2d 318 (9th Cir. 1988); *Matter of Aguilar*, 861 F.2d 873 (5th Cir. 1988); *Stelpflug v. Federal Land Bank of St. Paul*, 790 F.2d 47 (7th Cir. 1986).

The United States District Court's *Amended General Order Establishing Protocols for Processing Bankruptcy Appeals*, Case No. 3:21-mc-00001-TJC (Doc. No. 156), applies to this appeal.

Accordingly, it is

**ORDERED** that this appeal is DISMISSED.

The Clerk's office is directed to serve a copy of this order on interested parties.

```
ORIGIN ID:OBTA  (301) 325-2312          SHIP DATE: 16JUN25
GREGORY MYERS                           ACTWGT: 0.20 LB
                                        CAD: 6571060/ROSA2630
700 GULF SHORE BLVD N

NAPLES, FL 34102
UNITED STATES US
TO
    U.S. BANKRUPTCY COURT MDFL
    801 N. FLORIDA AVENUE
    SUITE 555
    TAMPA FL 33602
  (813) 301-5162          REF:
  INV:
  PO:                              DEPT:
```

**FedEx Express**

REL# 3785346

TRK# 8820 7577 3884     TUE - 17 JUN 10:30A
0201                    PRIORITY OVERNIGHT

# Envelope XS KYOA        33602
                    FL-US  TPA

# Recycle me.

**RECEIVED**
JUN 17 2025
Clerk, U.S. Bankruptcy Court
Middle District of Florida
Tampa Division

