UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
WWW.FLMB.USCOURTS.GOV

In re:  Chapter 11

    **700 TRUST**,  Case No. 25-00051-FMD

Debtor.
_____/

## INTERESTED PARTIES' NOTICE OF FILING RELATED ORDERS

Interested Parties Naples Property Holding Company, LLC, Naples Beach Club Land Trust Trustee, LLC, as Trustee, Naples Beach Club Phase II and III Land Trust Trustee, LLC, as Trustee, and Nbc Club Owner, LLC, Tides Note on Note Lender I, LLC (the "Interested Parties") provide the instant *Notice Of Filing Related Orders* in the instant appeal:

1. *In re: 700 Trust,* 24-10230-KKS (N.D. Fla. Bkrpt. 2024)[1]

    a. *Memorandum Opinion and Final Order Granting, In Part, Interested Parties' Exigent Motion to Confirm Automatic Stay Does Not Apply to Certain Pending Matters, to Dismiss This Case for Violating Existing Filing Injunctions, and for Sanctions Against the Beneficiaries of the Debtor and Counsel* (ECF No. 53) *and Providing Notice to Certain*

---

[1] The instant bankruptcy was originally filed in the Northern District of Florida and transferred to the Middle District of Florida.

*Courts and Clerks,* (Court's order confirming the prospective application of the equitable servitude, affirming no automatic stay in place, and placing Debtor, Debtor's Counsel, and its principals Gregory B. Myers and Barbara A. Kelly on notice of potential sanctions for their conduct), attached as **Exhibit 1**.

b. *Memorandum Opinion and Order Finding Order to Show Cause Why This Case Should Not be Transferred to the Bankruptcy Court for the Middle District of Florida, or Dismiss* (ECF No. 56) *Not Satisfied,* (Court's order transferring the case to the Middle District of Florida and highlighting the bankruptcy filing was the "quintessential textbook example of improper forum shopping."), attached as **Exhibit 2**.

2. *In re: 700 Trust,* Case Nos. 1:24-cv-327, 1:24-cv-241, 1:25-cv-10, 1:25-cv-27 (N.D. Fla. 2024-2025)

    a. *Order on Response to Order to Show Cause,* (Court's dismissal of four (4) appeals filed by Debtor after Debtor's Counsel "blew his deadlines over a month ago, *after* being afforded an extra six weeks to file the initial brief" and highlighting Debtor's Counsel's "dubious" excuses for missing deadlines), attached as **Exhibit 3**.

3. *In re: Barbara Ann Kelly,* No. 23-127000-MCR (Bkrpt. D. Md. 2023) (affr'd March 31, 2025, Case No. DLB 24-184 (D. Md. 2025)).

a. *Memorandum Opinion,* (Barbara A. Kelly's bankruptcy dismissed as bad faith bankruptcy with imposition of a four-year bar to refiling and the imposition of equitable servitude; provides extensive commentary on Myers's and Kelly's actions in concert with the bankruptcy court), attached as **Exhibit 4**.

4. *In re: Gregory B. Myers,* No. 25-00069 (D.D.C. Bkrpt. 2025)

    a. *Memorandum Opinion and Order on Show Cause,* (Court's order dismissing with prejudice Gregory B. Myers personal Chapter 13 Bankruptcy as a bad-faith filing with the institution of a ***filing bar for a ten-year period*** following the date the order becomes final), attached as **Exhibit 5**.

Respectfully submitted this 20th day of June, 2025.

**STEARNS WEAVER MILLER**
**WEISSLER ALHADEFF & SITTERSON, P.A.**

  *s/ Christopher R. Clark*
**Drew M. Dillworth**
Florida Bar No. 167835
**Glenn Burhans, Jr.**
Florida Bar No. 605867
**Christopher R. Clark**
Florida Bar No. 1002388
106 E. College Avenue, Suite 700
Tallahassee, Florida 32301
Telephone: (850) 580-7200
gburhans@stearnsweaver.com
crclark@stearnsweaver.com
*Counsel for Interested Parties*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of June, 2025, the undersigned counsel electronically filed the foregoing through the CM/ECF serving all counsel and *pro se* parties of record and separately re-served via electronic mail to:

Michael A. Gort
Gort Law, P.A.
601 Heritage Dr.
Suite 457
Jupiter, FL 33458
mike@gortlaw.com
*Counsel for Debtor, 700 Trust*

Barbara Ann Kelly
700 Gulf Shore Blvd. N
Naples, FL 34102
bakellymyers@verizon.net
*Appellant pro se*

Gregory B. Myers
700 Gulf Shore Blvd. N
Naples, FL 34102
gregbmyers@verizon.net
*Appellant pro se*

By: */s/ Christopher R. Clark*
Christopher R. Clark, Esq.